# UNITED STATES DISTRICT COURT
## for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON  3/8/2016  LD
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America

v.

Shelton Lamar Morton

Date of Original Judgment:  October 4, 1996
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)
)

Case No:  5:96-CR-51-1BO

USM No:  16325-056

Cindy Bembry
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 330 _____ months **is reduced to** 324 months. _____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 4, 1996, _____ shall remain in effect. **IT IS SO ORDERED.**

Order Date:  3/8/2016 _____          _Terrence Boyle_
                                                          *Judge's signature*

Effective Date: _____
*(if different from order date)*          Terrence W. Boyle, U.S. District Judge
                                                          *Printed name and title*